UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VERIZON EMPLOYEE BENEFITS COMMITTEE,<br><br>       Plaintiff,<br><br>    -v-<br><br>PARTHENA NIKOLAROS *et al.*,<br>       Defendants. | 23-CV-1879 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

This case is hereby transferred to the Eastern District of New York, for the reasons addressed in this Court's order of March 8, 2023.  *See* ECF No. 11.  Plaintiff consents to this transfer.  *See* ECF No. 12.

The Clerk of Court is respectfully requested to transfer this case to the Eastern District of New York without delay.

  SO ORDERED.

Dated: March 15, 2023
   New York, New York

                   _____
                      J. PAUL OETKEN
                    United States District Judge